IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              Case No. 4:16-cr-40016

KEITH MORGAN BLOCK                                                   DEFENDANT

# ORDER

Before the Court is Defendant's Motion to Withdraw Motion to Allow Defendant to Possess Presentence Report. (ECF No. 56). The Court finds that no response is necessary and that the matter ripe for consideration.

On June 13, 2018, Defendant filed a Motion to Allow Defendant to Possess Presentence Report. (ECF No. 54). On June 14, 2018, Defendant filed the instant motion, indicating that he wishes to withdraw his Motion to Allow Defendant to Possess Presentence Report and proceed with sentencing.

Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, Defendant's Motion to Withdraw Motion to Allow Defendant to Possess Presentence Report (ECF No. 56) is hereby **GRANTED**. Defendant's Motion to Allow Defendant to Possess Presentence Report (ECF No. 54) is **WITHDRAWN**.

**IT IS SO ORDERED**, this 15th day of June, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge