IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA            )
                                    )
v.                                  )          CRIMINAL NO. 4:16CR40016-001
                                    )
KEITH MORGAN BLOCK                  )
      aka "Shy Town"                )

## FINAL ORDER OF FORFEITURE

On March 24, 2020, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 75). In the Preliminary Order of Forfeiture, a Rohm RG 10, .22 caliber revolver, serial number 84654 was forfeited to the United States  pursuant to 18 U.S.C. § 924(d) and 18 U.S.C. § 3665.

The United States was required to publish notice of this Order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(n)(1).  On April 27, 2020, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov.  Deadline for filing claims was May 25, 2020.  No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on March 24, 2020 shall become final at this time.

IT IS SO ORDERED this 28th day of ____May____, 2020.

**FILED**
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

May 28, 2020

OFFICE OF THE CLERK

HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE